RACHEL EHRENFELD, Appellant, v KHALID SALIM BIN MAHFOUZ, Respondent.

Submitted June 18, 2007; decided June 28, 2007

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, PIGOTT and JONES. Taking no part: Judge SMITH.

In the Matter of MARIO LUGO, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted May 21, 2007; decided June 28, 2007

Reported below, 2006 NY Slip Op 68880(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.

MONROE YALE MANN, Respondent, v BERNARD ABEL et al., Appellants, et al., Defendants.

Submitted June 4, 2007; decided June 28, 2007

Reported below, 37 AD3d 778.

Motion by Advance Publications, Inc., et al. for leave to file a brief amici curiae on the Court's examination of its subject matter jurisdiction of the appeal herein granted and the proposed brief is accepted as filed.